**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDY COREAS RAMIREZ, | ) Case No. SACV 15-1209-CJC (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| FIELD OFFICE DIRECTOR ENFORCEMENT et al., | ) |
| Respondents. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action.

DATED: April 6, 2016

CORMAC J. CARNEY
U.S. DISTRICT JUDGE

---

[1] The Report and Recommendation was incorrectly captioned. The caption above is correct.