JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FREDY COREAS RAMIREZ,　　　　　) Case No. SACV 15-1209-CJC (JPR)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　　)
　　　　　　　　　　　　　　　　　)　　　**J U D G M E N T**
　　　　　　　v.　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
FIELD OFFICE DIRECTOR　　　　　)
ENFORCEMENT et al.,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondents.　　　)
_____)

　　　Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: __April 6, 2016__　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE